**FILED**

September 16, 2019

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ mortiz _____
                              DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. **W19-778M** |
| | ) | |
| Plaintiff, | ) | **INFORMATION** |
| | ) | [Count One:  50 U.S.C. § 797(a)(1) – |
| v. | ) | Violation of Security Regulations and |
| | ) | Orders] |
| A'MARIA IMANI JARVIS, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
[50 U.S.C. § 797(a)(1)]

On or about July 24, 2019, at the Fort Hood Military Reservation, Western District
of Texas, the Defendant,

A'MARIA IMANI JARVIS,

did, within the jurisdiction of the United States, willfully violate a defense property security
regulation or order, to wit:  Department of Defense Manual 5200.08 Volume 3, in violation
of Title 50, United States Code, Section 797(a)(1).

JOHN F. BASH
United States Attorney

By: _____
KIAHHN' L. JACKSON
Special Assistant U. S. Attorney